### Shanna Baronoff

| Check # | Date | Amount |
|---|---|---:|
| 029758 | 5/4/2015 | 5,500 |
| 030062 | 7/1/2015 | 5,500 |
| 030302 | 8/24/2015 | 2,750 |
| 030402 | 9/9/2015 | 2,750 |
| 030542 | 10/6/2015 | 2,750 |
| 030669 | 11/3/2015 | 2,750 |
| 030792 | 12/1/2015 | 2,750 |
| 030935 | 1/6/2016 | 2,750 |
| 031067 | 2/1/2016 | 2,750 |
| 031210 | 3/1/2016 | 2,750 |
| 031372 | 4/6/2016 | 2,750 |
| 031527 | 5/2/2016 | 2,750 |
| 031679 | 6/1/2016 | 2,750 |
| 031845 | 7/1/2016 | 2,750 |
| 031971 | 8/1/2016 | 2,750 |
| 032114 | 9/1/2016 | 2,750 |
| 032291 | 10/3/2016 | 2,750 |
| 032430 | 11/1/2016 | 2,750 |
| 032658 | 12/2/2016 | 2,850 |
| 032799 | 1/3/2017 | 2,850 |
| 032928 | 2/2/2017 | 2,850 |
| NA | 3/3/2017 | 2,850 |
| | Total | |
| | $ | 66,400 |