### Peter Baronoff

| Check # | Date | Amount |
|---|---|---|
| 029115 | 12/17/2014 | 15,000 |
| 029234 | 1/14/2015 | 15,000 |
| 029343 | 1/30/2015 | 15,000 |
| 029917 | 6/1/2015 | 12,500 |
| NA | 3/23/2017 | 2,850 |
| NA | 4/17/2017 | 2,850 |
| NA | 5/3/2017 | 2,850 |
| NA | 6/5/2017 | 2,850 |
| NA | 7/10/2017 | 2,850 |
| NA | 8/3/2017 | 2,850 |
| NA | 9/29/2017 | 2,850 |
| 110165 | 11/13/2017 | 2,850 |
| 110195 | 11/13/2017 | 2,850 |
| | Total | |
| | $ | 83,150 |