### Keith Reuben

| Check # | Date | Amount |
|---|---|---|
| 19 | 11/7/2014 | 179 |
| 39 | 1/7/2015 | 709 |
| 029469 | 3/4/2015 | 75,000 |
| 70 | 5/15/2015 | 1,088 |
| 94 | 7/15/2015 | 1,500 |
| 030842 | 12/21/2015 | 472 |
| 030940 | 1/7/2016 | 1,755 |
| 031056 | 1/28/2016 | 1,270 |
| 031482 | 4/22/2016 | 483 |
| 031483 | 4/22/2016 | 75,000 |
| 175 | 6/2/2016 | 15,625 |
| 183 | 7/5/2016 | 2,141 |
| 032108 | 8/31/2016 | 1,084 |
| 193 | 9/2/2016 | 18,750 |
| 208 | 11/28/2016 | 577 |
| 213 | 11/30/2016 | 18,750 |
| NA | 3/9/2017 | 18,750 |
| NA | 3/9/2017 | 18,750 |
| NA | 6/1/2017 | 18,750 |
| NA | 6/1/2017 | 18,500 |
| NA | 7/11/2017 | 1,400 |
| NA | 9/1/2017 | 18,750 |
| NA | 10/5/2017 | 1,110 |
| 200049 | 12/1/2017 | 18,750 |
| 113764 | 3/7/2018 | 474 |
| 200062 | 3/8/2018 | 18,750 |

| | Total |
|---|---|
| $ | 348,366 |