### Malinda Baronoff

| Check # | Date | Amount |
|---|---|---|
| 029031 | 12/1/2014 | 15,000 |
| 029178 | 1/2/2015 | 15,000 |
| 029386 | 2/18/2015 | 15,000 |
| 029462 | 3/2/2015 | 15,000 |
| 029606 | 4/1/2015 | 15,000 |
| 029744 | 5/1/2015 | 15,000 |
| 029916 | 6/1/2015 | 2,500 |
| 030080 | 7/8/2015 | 15,000 |
| 030194 | 7/31/2015 | 15,000 |
| 030371 | 9/1/2015 | 15,000 |
| 030519 | 10/1/2015 | 15,000 |
| 030661 | 11/2/2015 | 15,000 |
| 030794 | 12/1/2015 | 15,000 |
| 030929 | 1/4/2016 | 15,000 |
| 031066 | 2/1/2016 | 15,000 |
| 031209 | 3/1/2016 | 15,000 |
| 031348 | 4/1/2016 | 15,000 |
| 031528 | 5/2/2016 | 3,750 |
| 031678 | 6/1/2016 | 15,000 |
| 031842 | 7/1/2016 | 15,000 |
| 031970 | 8/1/2016 | 15,000 |
| 032112 | 9/1/2016 | 15,000 |
| 032289 | 10/3/2016 | 15,000 |
| 032429 | 11/1/2016 | 15,000 |
| 032653 | 12/2/2016 | 15,000 |
| 032798 | 1/3/2017 | 15,000 |
| 032927 | 2/2/2017 | 15,000 |
| NA | 3/3/2017 | 15,000 |
| NA | 4/3/2017 | 15,000 |
| NA | 5/3/2017 | 15,000 |
| NA | 6/6/2017 | 3,750 |
| NA | 7/6/2017 | 15,000 |
| NA | 8/7/2017 | 15,000 |
| NA | 9/18/2017 | 15,000 |
| NA | 10/17/2017 | 15,000 |
| 111096 | 12/7/2017 | 30,000 |
| | Total | |
| | $ | 520,000 |