# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT MICHAELSON OF ADVISORY TRUST GROUP, LLC, IN HIS CAPACITY AS DEBTOR REPRESENTATIVE AND LIQUIDATING TRUSTEE, | : : : : : : C.A. No. 1:20-cv-01465-MN : |
| Plaintiff, | : **JURY TRIAL DEMANDED** |
| v. | : : |
| PETER BARONOFF, KEITH REUBEN, BRIAN DUNN, DAVID ARMSTRONG, JAMES HOPWOOD, RICHARD GOLD, BRYAN DAY, STAN GRABISH, RICHARD COHEN STEVEN HELLAND, MALINDA BARONOFF, SHANNA BARONOFF, and JOHN DOES 1-100, | : : : : : : : : : |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE ENTER the appearances of Marc S. Casarino, Esquire and Kelly E. Rowe, Esquire of the law firm White and Williams LLP, on behalf of Defendant David Armstrong in the above-captioned matter.

Dated: December 10, 2020

**WHITE AND WILLIAMS LLP**

/s/   *Marc S. Casarino*
Marc S. Casarino, Esquire (#3613)
Kelly E. Rowe (#6199)
600 N. King Street, Suite 800
Wilmington, DE  19801
Telephone: 302.467.4520
Facsimile: 302.467.4550
Email: casarinom@whiteandwilliams.com
*Attorneys for Defendant David Armstrong*

26299591v.1