## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ROBERT MICHAELSON OF       :
ADVISORY TRUST GROUP, LLC, IN  :
HIS CAPACITY AS DEBTOR      :
REPRESENTATIVE AND        :
LIQUIDATING TRUSTEE,       :   C.A. No. 1:20-cv-01465-MN
                           :
        Plaintiff,        :   **JURY TRIAL DEMANDED**
    v.                      :
                           :
PETER BARONOFF, KEITH REUBEN,  :
BRIAN DUNN, DAVID        :
ARMSTRONG, JAMES HOPWOOD,   :
RICHARD GOLD, BRYAN DAY,    :
STAN GRABISH, RICHARD COHEN   :
STEVEN HELLAND, MALINDA    :
BARONOFF, SHANNA BARONOFF,   :
and JOHN DOES 1-100,       :

        Defendants.

## NOTICE OF APPEARANCE

PLEASE ENTER the appearances of Marc S. Casarino, Esquire and Kelly E. Rowe, Esquire of the law firm White and Williams LLP, on behalf of Defendants Brian Dunn, Richard Gold and Bryan Day in the above-captioned matter.

Dated:  December 18, 2020       **WHITE AND WILLIAMS LLP**

                                */s/    Marc S. Casarino*
                                Marc S. Casarino, Esquire (#3613)
                                Kelly E. Rowe (#6199)
                                600 N. King Street, Suite 800
                                Wilmington, DE  19801
                                Telephone: 302.467.4520
                                Facsimile: 302.467.4550
                                Email: casarinom@whiteandwilliams.com
                                *Attorneys for Defendants David Armstrong,*
                                *Brian Dunn, Richard Gold and Bryan Day*