## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT MICHAELSON OF ADVISORY TRUST GROUP, LLC, IN HIS CAPACITY AS DEBTOR REPRESENTATIVE AND LIQUIDATING TRUSTEE,<br><br>                    Plaintiff,<br><br>   v.<br><br>PETER BARONOFF, KEITH REUBEN, BRIAN DUNN, DAVID ARMSTRONG, JAMES HOPWOOD, RICHARD GOLD, BRYAN DAY, STAN GRABISH, RICHARD COHEN, STEVEN HELLAND, MALINDA BARONOFF, SHANNA BARONOFF, and JOHN DOES 1-100,<br><br>                    Defendants. | Civil Action No. 1: 20-cv-01465-MN |

## **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

       Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Andrew H. Sherman of Sills Cummis & Gross P.C. to represent Robert Michaelson of Advisory Trust Group, LLC, in His Capacity as Debtor Representative and Liquidating Trustee in the above-captioned action.

Dated:  January 7, 2021        */s/ Colin R. Robinson*
                                                  Colin R. Robinson (Bar No. 5524)
                                                  Pachulski Stang Ziehl & Jones LLP
                                                  919 N. Market Street, 17th Floor
                                                  P.O. Box 8705
                                                  Wilmington, DE  19899-8705 (Courier 19801)
                                                  Telephone:  (302) 652-4100
                                                  Facsimile:  (302) 652-4400
                                                  Email:  crobinson@pszjlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: January __, 2021

                                                Honorable Maryellen Noreika
                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New Jersey and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: January 7, 2021          */s/ Andrew H. Sherman*
                                              Andrew H. Sherman
                                              Sills Cummis & Gross P.C.
                                              The Legal Center One
                                              Riverfront Plaza
                                              Newark, NJ 07102
                                              Telephone: (973) 643-7000
                                              Facsimile: (973) 643-6500
                                              Email: asherman@sillscummis.com