IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBERT MICHAELSON OF ADVISORY
TRUST GROUP, LLC, IN HIS CAPACITY
AS DEBTOR REPRESENTATIVE AND
LIQUIDATING TRUSTEE,

    Plaintiff,

v.

PETER BARONOFF, KEITH REUBEN,
BRIAN DUNN, DAVID ARMSTRONG,
JAMES HOPWOOD, RICHARD GOLD,
BRYAN DAY, STAN GRABISH, RICHARD
COHEN, STEVEN HELLAND, MALINDA
BARONOFF, SHANNA BARONOFF, and
JOHN DOES 1-100,

    Defendants.

Case No. 1:20-cv-01465-MN

### THE BARONOFF DEFENDANTS' MOTION
### TO TRANSFER VENUE OR, ALTERNATIVELY, TO DISMISS

    Defendants Peter Baronoff, Malinda Baronoff, and Shanna Baronoff (together, the "Baronoff Defendants"), by and through undersigned counsel, move the Honorable Court to transfer venue of this civil action to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1404 and 28 U.S.C. § 1412, or, alternatively to dismiss the Counts V, XII and XV of the Complaint filed by Plaintiff Robert Michaelson of Advisory Trust Group, LLC, in His Capacity as Debtor Representative and Liquidating Trustee pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for this motion are fully set forth in the Opening Brief filed contemporaneously herewith.

Date:  February 19, 2021                                   **SULLIVAN HAZELTINE ALLINSON** LLC


        */s/ William A. Hazeltine*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3492)
919 N. Market St., Suite 420
Wilmington, Delaware  19801
Tel: 302-428-8191
Fax: 302-428-8195
Email: bsullivan@sha-llc.com
       whazeltine@sha-llc.com

and

Benjamin H. Brodsky, Esq., FBN 73748
Corey D. Berkin, Esq., FBN 119069
(pro hac vice applications pending)
BRODSKY FOTIU-WOJTOWICZ, PLLC
200 SE 1st Street, Suite 400
Miami, Florida 33131
Tel: 305-503-5054
Fax: 786-749-7644
bbrodsky@bfwlegal.com
robert@bfwlegal.com
docketing@bfwlegal.com

*Counsel for the Baronoff Defendants*