## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT MICHAELSON OF ADVISORY TRUST GROUP, LLC, IN HIS CAPACITY AS DEBTOR REPRESENTATIVE AND LIQUIDATING TRUSTEE,<br><br>      Plaintiff,<br><br>v.<br><br>PETER BARONOFF, et al.<br><br>      Defendants. | Case No. 1:20-cv-01465-MN |

## NOTICE OF WITHDRAWAL AS COUNSEL

Corey D. Berkin, Esq. hereby notifies the Court and all parties-in-interest in this case of his withdrawal as an attorney in this case. Benjamin H. Brodsky, Esq. of Brodsky Fotiu-Wojtowicz, PLLC and William D. Sullivan, Esq. of Sullivan Hazeltine Allinson LLC. will remain as co-counsel for Defendants, Peter Baranoff, Malinda Baranoff, and Shanna Baranoff (the "Baranoff Defendants").

All future notices for the Baranoff Defendants in this matter shall continue to be served upon their attorneys Benjamin H. Brodsky, Esq. of Brodsky Fotiu-Wojtowicz, PLLC and William D. Sullivan, Esq. of Sullivan Hazeltine Allinson LLC.

Date:  April 12, 2021              **SULLIVAN HAZELTINE ALLINSON LLC**

                       */s/ William D. Sullivan*
                       William D. Sullivan (No. 2820)
                       William A. Hazeltine (No. 3492)
                       919 N. Market St., Suite 420
                       Wilmington, Delaware  19801
                       Tel: 302-428-8191
                       Fax: 302-428-8195
                       Email: bsullivan@sha-llc.com
                              whazeltine@sha-llc.com

                       and

Benjamin H. Brodsky, Esq., FBN 73748
(admitted Pro Hac Vice)
Corey D. Berkin, Esq., FBN 119069
(admitted Pro Hac Vice)
BRODSKY FOTIU-WOJTOWICZ, PLLC
200 SE 1st Street, Suite 400
Miami, Florida 33131
Tel: 305-503-5054
Fax: 786-749-7644
bbrodsky@bfwlegal.com
robert@bfwlegal.com
docketing@bfwlegal.com

*Counsel for the Baronoff Defendants*